No. 95-9125. TYLER ET AL. *v.* ASHCROFT ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-9127. GENTRY *v.* UNITED PARCEL SERVICE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95-9128. FINK *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95-9129. KEY *v.* CLARKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-9130. KLOPP *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 95-9131. JOHNSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95-9132. JACKSON *v.* KESSLER. C. A. 11th Cir. Certiorari denied.

No. 95-9134. JACKSON *v.* PEUGH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95-9135. MCDONALD *v.* SAXTON. Super. Ct. Pa. Certiorari denied.

No. 95-9136. MARTINS *v.* CHARLES HAYDEN GOODWILL INN SCHOOL C. A. 1st Cir. Certiorari denied.

No. 95-9137. KEMP *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95-9139. MATTHEWS *v.* MARTIN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-9140. SCHLICHER *v.* MARTIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 95-9141. STARR *v.* METZER, CHAIRMAN, VIRGINIA PAROLE BOARD. Sup. Ct. Va. Certiorari denied.

No. 95-9142. CASTRO *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.